UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gregory Alexander Welch,    Civil 07-4065 ADM/FLN

    Plaintiff,

v.    O R D E R

Officer Dwight Johnson and
Sgt. Officer Jon Everson, et al.,

    Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated October 25, 2007, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application for leave to proceed *in forma pauperis* [#2] is DENIED; and

2. This action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.


DATED: November 20, 2007.    s/Ann D. Montgomery

                                        JUDGE ANN D. MONTGOMERY
                                        United States District Court